UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

A.Y.,

Plaintiff,

v.

LEMONADE INSURANCE COMPANY,

Defendant.

Case No. 2:26-cv-2432-TLN-JDP (PS)

ORDER

Plaintiff, proceeding pro se, filed a civil rights action together with a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. However, plaintiff's *in forma pauperis* application contains only one of the application's two pages and is not signed by plaintiff. *See* ECF No. 2. Accordingly, his application is denied. Plaintiff is provided with fourteen days to submit a completed *in forma pauperis* application. Failure to comply with this order will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within fourteen days from the date of this order, a completed affidavit in support of the request to proceed *in forma pauperis* on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis; and

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated: July 27, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE